UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>G & G FITNESS EQUIPMENT INC.,<br><br>Defendant. | Civil Case Number: 1:21-cv-01602-ER |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed, the Plaintiff shall file a Stipulation of Dismissal with prejudice, and without costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated: March 30, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: YZelman@MarcusZelman.com

*Attorneys for Plaintiff*
*Ramon Jaquez*